

**FILED**

**MAY 2 4 2016**

CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## SOUTHERN DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR, | CIV NO. 16 – 4067 |
| Plaintiff, | |
| v. | PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA |
| AUGUSTUS MANAGEMENT, LLC, d/b/a Cherry Street Grille & Howler's Bar and Grille, and JONATHAN ROBERTSON, individually | |
| Defendants. | |

Plaintiff, THOMAS E. PEREZ, Secretary of Labor, United States
Department of Labor ("Plaintiff"), brings this petition to compel Defendants
Augustus Management, LLC, d/b/a Cherry Street Grille & Howler's Bar and
Grille, and Jonathan Robertson, individually (collectively "Defendants") to
produce the records, papers, and documents set forth in the subpoena *duces
tecum* issued by the Regional Administrator of the Wage and Hour Division of
the United States Department of Labor, and duly served upon the Defendants
pursuant to an investigation conducted under the Fair Labor Standards Act of
1938, as amended ("FLSA"), 29 U.S.C. § 201, *et seq.*

## JURISDICTION AND VENUE

1.     This petition is brought to compel Defendants to comply with an
administrative subpoena *duces tecum*, issued by Cynthia Watson, Regional
Administrator, Wage and Hour Division ("Wage Hour"), United States

Department of Labor. The subpoena was issued in the course of an investigation of Defendants pursuant to the Fair Labor Standards Act of 1938, as amended (FLSA), 29 U.S.C. § 201 *et. seq.* The United States Department of Labor, through Wage Hour, has repeatedly attempted to obtain the documents and information requested by the subpoena without resorting to judicial enforcement, but Defendants failed to fully comply with the subpoena and produce the documents or information requested by the subpoena or to provide a credible explanation for the failure to produce the responsive documents and information.

2.      This Court has subject matter jurisdiction over this petition pursuant to section 49 of the Federal Trade Commission Act, 15 U.S.C. § 49, as made applicable by section 9 of the FLSA, 29 U.S.C. § 209.

3.      (a) Upon information and belief,  Defendants are doing business in the State of South Dakota and have a principal office at 1122 East Cherry Street, Vermillion, South Dakota, within the jurisdiction of this Court.

(b) Upon information and belief, Jonathan Robertson is the Registered Agent for Augustus Management, LLC, and the owner and manager of Cherry Street Grille & Howler's Bar and Grille.

(c) Upon information and belief, Defendants are employers, agents, and/or employees subject to the provisions of the FLSA.

## INVESTIGATION AND SUBPOENA

4.      In 2015, Wage Hour's Sioux Falls Field Office completed an investigation of Cherry Street Grille and found $8,654.57 due in back wages

that Defendants agreed to pay. *See* Declaration of Brian Mundahl ("Mundahl Decl.") ¶¶ 2-4 attached as Exhibit 1 to Brief in Support of Petition to Enforce Administrative Subpoenas. Jonathan Robertson is the principal owner and manager of Cherry Street Grille. *Id.* at ¶ 3. Mr. Robertson failed to provide proof of payment and did not respond to follow-up phone calls or letters from Wage Hour. *Id.* at ¶¶ 7-8.

5.     Wage Hour then opened an investigation of a second establishment owned and managed by Mr. Robertson, Howler's Bar and Grille. *Id.* at ¶¶ 5-6. Wage Hour sought to determine whether any person had violated or was currently violating any provision of the FLSA or any regulations promulgated thereunder. *Id.* at ¶ 5. Defendants did not respond to multiple requests for information from both establishments, and they have repeatedly failed to produce responsive documents. *Id.* at ¶¶ 6-12. Defendants had multiple opportunities to provide records before Wage Hour exercised its subpoena authority.

6.     Wage Hour properly served a subpoena *duces tecum* to Defendants on January 12, 2016, requesting documents related to the investigation pursuant to 29 U.S.C. § 209 and 15 U.S.C. § 49. *Id.* ¶ 9. A true and correct copy of the subpoena *duces tecum* and proof of service is attached as Exhibit C to Mundahl Declaration.

## DEFENDANTS' FAILURE TO COMPLY WITH THE SUBPOENA *DUCES TECUM*

7.     Defendants have not produced any documents in response to the subpoena *duces tecum.*

8.     Even after the January 28, 2016, production date provided in the subpoena, Plaintiff again attempted to resolve the matter without the intervention of this Court by referring the matter to the Office of the Solicitor ("SOL"), U.S. Department of Labor. On February 9, 2016, the SOL sent a letter recapping the numerous opportunities Wage Hour gave to the Defendants to produce the documents both before and after the subpoena was issued. *See* Exhibit 2 to Brief in Support of Petition to Enforce Administrative Subpoena. The letter gave the Defendants one final opportunity to comply with the subpoena before the Department of Labor filed this subpoena enforcement action. *Id.* The Department of Justice also attempted to obtain compliance from the Defendants to no avail. *See* Exhibit 3 to Brief in Support of Petition to Enforce Administrative Subpoena and Exhibit 1 at ¶¶ 11-12.

9.     Over seven months have passed since Wage Hour's first informal request for documents, and the Defendants still have not complied with the subpoena.

### PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays that this Court enter an order requiring the Defendants to appear on a date certain to show cause, if there be any, why they should not appear before the designated representatives of Wage Hour, at such reasonable time and place as the Plaintiff or the Court

4

may set, then and there to produce the records and information requested by the subpoena *duces tecum*, and such other and further relief as may be necessary and appropriate. The Plaintiff also requests that the Court enter an Order tolling the statute of limitations from the date Defendants should have produced the subpoenaed information until such time as the Defendants have fully complied with Wage Hour's subpoenas.

Dated this 24ᵗʰ day of May, 2016.

RANDOLPH J. SEILER
United States Attorney

*Cheryl Schrempp DuPris*

Cheryl Schrempp DuPris
P.O. Box 2638
Sioux Falls, SD 57101-2638
(605) 330-4400
Cheryl.dupris@usdoj.gov

M. PATRICIA SMITH, Solicitor of Labor
James E. Culp, Regional Solicitor
John Rainwater, Associate Regional
Solicitor
Karen E. Bobela, Trial Attorney
U.S. Department of Labor
Office of the Solicitor
1244 Speer Boulevard, Suite 515
Denver, CO 80204
(303) 844-0963
Bobela.karen.e@dol.gov

5

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing

**PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA** HAS BEEN SERVED

UPON THE FOLLOWING BY U.S. Mail, postage prepaid, on this _24th_ day of

May, 2016:

Jonathan Robertson
Augustus Management, LLC
d/b/a Cherry Street Grille & Howler's Bar and Grille
1122 E. Cherry Street
Vermillion, S.D. 57069-1631

Jonathan Robertson
604 Burbank Road
Vermillion, S.D. 57069

Cheryl Schrempp DuPris